## STUART ET AL. *v.* WILSON, ATTORNEY GENERAL OF TEXAS, ET AL.

No. 543. Decided January 21, 1963.

*James L. McNees, Jr.* for appellants.

*Will Wilson,* Attorney General of Texas, *Sam R. Wilson,* Assistant Attorney General, and *Tom I. McFarling,* Special Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## BARDY *v.* UNITED STATES ET AL.

No. 603. Decided January 21, 1963.

*Morton R. Galane* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel* and *Irwin A. Seibel* for the United States, and *Albert C. Bickford* for MCA Inc., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed.